IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ETHAN BAUER, CLAYBOURNE DENNIS, RICHARD GILL-KELLUM,**<br><br>Plaintiffs,<br><br>v.<br><br>**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION; STATE OF CALIFORNIA; CDCR SECRETARY RALPH DIAZ, IN HIS INDIVIDUAL AND OFFICIAL CAPACITIES; WARDEN RON BROOMFIELD; CLARENCE CRYER; AND DOES 1-100 INCLUSIVE,**<br><br>Defendants. | Case No. 4:21-cv-04659-JSW<br><br>[PROPOSED] ORDER GRANTING STIPULATION TO STAY PENDING APPEALS IN SIMILAR MATTERS |

1

Having reviewed the parties' stipulation to stay this matter pending similar appeals, and good cause appearing, IT IS HEREBY ORDERED THAT:

1. This matter is STAYED until the Ninth Circuit appeals *In re: Cooper* (9th Cir. 22-16088), *Harris v. Allison* (9th Cir. No. 22-15921), and *Hampton v. State of California* (9th Cir. 22-15481) are fully resolved;

2. All other terms of the Court's August 22, 2023 order remain in full force and effect, except Plaintiffs' deadline to file their Second Amended Complaint; and

3. If any party believes the stay should be lifted at any time, that party may file a notice requesting a stipulation to lift the stay. The other parties will then have 30 days to either stipulate or file a motion to keep the stay in place.

Dated: October 16, 2023

*[signature]*
The Honorable Jeffrey S. White